UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RODRIECH NYUGAB NKARAKWI | CASE NO. 6:23-CV-00901 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion To Dismiss Pursuant To Federal Rule 12(b)(6) filed by the Government [Rec. Doc. 14], be **GRANTED**, the Petition for Writ of Habeas Corpus be **DISMISSED** without prejudice and this proceeding be terminated.

**THUS DONE AND SIGNED** in chambers this 19th day of April, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE